1  Douglas E. Dexter (State Bar No. 115868)
   ddexter@fbm.com
2  Jamie E.S. Talt (State Bar No. 312853)
   jtalt@fbm.com
3  Daniel Contreras (State Bar No. 329632)
   dcontreras@fbm.com
4  Farella Braun + Martel LLP
   One Bush Street, Suite 900
5  San Francisco, California 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for Defendants AMAZON.COM
   SERVICES, INC. and AMAZON.COM
8  SERVICES LLC

9
                   UNITED STATES DISTRICT COURT
10
           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
11

12
   MATTHEW ARMENTA,                        Case No.
13
              Plaintiff,                   **DEFENDANTS AMAZON.COM**
14                                         **SERVICES LLC AND AMAZON.COM**
        vs.                                **SERVICES, INC.'S NOTICE OF**
15                                         **REMOVAL OF CIVIL ACTION UNDER**
   AMAZON.COM SERVICES, INC., a            **28 U.S.C. §§ 1332 & 1441(b)**
16 Delaware Corporation; AMAZON.COM
   SERVICES, LLC, a Delaware Corporation,  [COUNTY OF LOS ANGELES SUPERIOR
17 and DOES 1-100, inclusive,              COURT; CASE NO. 23STCV26978]

18            Defendants.
                                           Action Filed:      November 2, 2023
19                                         Trial Date:        Not Set

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

44768\16668880.2

DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

1

2    TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF MATTHEW

3 ARMENTA:

4    PLEASE TAKE NOTICE that Defendants AMAZON.COM SERVICES LLC and

5 AMAZON.COM SERVICES, INC. (Collectively, "Amazon" or "Defendants"), pursuant to 28

6 U.S.C. §§ 1332 & 1441(b), hereby remove the above-entitled action to this Court from the

7 Superior Court of the State of California in and for the County of Los Angeles, Case No.

8 23STCV26978.

9 I.    FACTUAL AND PROCEDURAL BACKGROUND

10    On November 2, 2023, Plaintiff MATTHEW ARMENTA ("Plaintiff") filed a civil

11 complaint in the Superior Court of the State of California, County of Los Angeles, entitled

12 *Matthew Armenta v. Amazon.com Services, Inc., et al.*, Case No. 23STCV26987.  A true and

13 correct copy of the Complaint, together with its Civil Case Cover Sheet, is attached as **Exhibit A**

14 (hereinafter the "Complaint.").

15    On January 18, 2024, Amazon was served with the Complaint.

16    In his Complaint, Plaintiff alleges four causes of action against Defendants: (1)

17 Discrimination on the Basis of Disability in Violation of FEHA; (2) Failure to Provide Reasonable

18 Accommodation in Violation of FEHA; (3) Failure To Engage in the Interactive Process; and (4)

19 Discrimination Based on Perceived Disability in Violation of FEHA *See* **Exhibit A** at p. 1.

20 Plaintiff seeks general damages, special damages, punitive damages, pre-judgment and post-

21 judgment interest, attorneys' fees, costs of suit, statutory and civil penalties, and reinstatement to

22 his position with Amazon. *See* **Exhibit A** at p. 10.

23    On February 20, 2024, Defendants filed their Answer in California Superior Court. *See*

24 **Exhibit D**.

25 II.    THE NOTICE OF REMOVAL IS TIMELY

26    This Notice of Removal has been timely filed within thirty (30) days after "service on that

27

28

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

2

44768\16668880.2

DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

1    defendant of the initial pleading." *See* 28 U.S. §1446(b)(2)(B).[1]

2    **III.     THIS COURT HAS DIVERSITY JURISDICTION**

3             This case is removable because this Court has original jurisdiction based on the parties'

4    diversity of citizenship. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original

5    jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of

6    $75,000 . . . and is between . . . citizens of different States[.]").  First, Plaintiff and Amazon are

7    citizens of different states.  Plaintiff was formerly employed by Amazon in California. *See*

8    **Exhibit A**. Plaintiff's last known address while employed by Amazon was in California. *See*

9    Declaration of Jamie E.S. Talt ¶ 2, Ex. 1. Upon information and belief, Plaintiff continues to

10   reside in California.

11            Amazon.com Services LLC is not a citizen of California.  For purposes of diversity

12   jurisdiction, "a limited liability corporation is a citizen of all of the states of which its

13   owners/members are citizens." *Lindley Contours LLC v. AABB Fitness Holdings, Inc.*, 414 F.

14   App'x 62, 64 (9th Cir. 2011) (citation omitted).  At all times relevant to this action, Amazon.com

15   Services LLC's corporate headquarters and principal place of business has been in Seattle,

16   Washington, and Amazon.com Services LLC is now and has been organized under the laws of the

17   State of Delaware. *See* **Exhibit B** (California Secretary of State Statement of Information for

18   Amazon.com Services LLC listing principal office in Seattle, Washington and organized under

19   Delaware law). Amazon.com Services LLC's only member is Amazon.com Sales, Inc., which is a

20   Delaware corporation with its corporate headquarters and principal place of business in

21   Washington. *See* **Exhibit C** (Washington Secretary of State Annual Report for Amazon.com

22   Sales, Inc. listing principal office in Seattle, Washington and incorporation in Delaware).

23   Amazon.com Sales, Inc. is a wholly owned subsidiary of parent company Amazon.com Inc.

24            Amazon.com Services LLC is the successor in interest to Amazon.com Services, Inc.

25

26   _____
     [1] The date 30 days after January 18, 2024 is Saturday, February 17, 2024. Pursuant to the Federal
27   Rules of Civil Procedure, the time period to file this Notice of Removal is therefore extended to
     the next day that is not a Saturday, Sunday, or legal holiday—i.e., February 20, 2024. *See* Fed. R.
28   Civ. P. 6(a)(1)(C).

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

3

44768\16668880.2

DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

1  Defendant Amazon.com Services, Inc. was a Delaware corporation with its corporate headquarters

2  and principal place of business in Washington. *See* **Exhibit E** (Washington Secretary of State

3  Annual Report for Amazon.com Services, Inc. listing principal office in Seattle, Washington and

4  incorporation in Delaware). Thus, diversity of citizenship exists.

5        In addition, the amount in controversy exceeds $75,000. Though Amazon denies that

6  Plaintiff is entitled to any damages, Plaintiff seeks general damages, special damages, punitive

7  damages, attorneys' fees, and more.  *See* **Exhibit A** at p. 10. California federal courts have

8  routinely found that the amount-in-controversy requirement is satisfied in cases with similar

9  claims. *See, e.g.*, *Rodriguez v. Home Depot, U.S.A., Inc.*, No. 16-CV-01945-JCS, 2016 WL

10  3902838, at *1 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement satisfied in

11  wrongful termination case seeking lost wages, equitable relief, restitution, emotional distress

12  damages, punitive damages, and attorneys' fees and costs); *Castanon v. Int'l Paper Co.*, No. 2:15-

13  CV-08362-ODW (JC), 2016 WL 589853, at *1–2 (C.D. Cal. Feb. 11, 2016) (amount-in-

14  controversy requirement satisfied in disability discrimination case seeking lost earnings, emotional

15  distress and punitive damages, and attorneys' fees); *Simmons v. PCR Tech.*, 209 F. Supp. 2d 1029,

16  1032, 1035 (N.D. Cal. 2002) (amount-in-controversy requirement satisfied in employment

17  discrimination case seeking compensatory damages, punitive damages, emotional distress

18  damages, injunctive relief, and attorneys' fees).  Thus, removal is proper based on this Court's

19  diversity jurisdiction.

20  **IV.     VENUE IS PROPER IN THIS COURT**

21        Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the

22  district courts of the United States have original jurisdiction, may be removed by the defendant or

23  the defendants, to the district court of the United States for the district and division embracing the

24  place where such action is pending." This Court embraces the Superior Court of the State of

25  California for the County of Los Angeles, which is where Plaintiff's Complaint was originally

26  filed. Accordingly, this Court is the appropriate court to which to remove this action.

27  **V.     NOTICE OF REMOVAL**

28        Amazon will promptly serve this Notice of Removal upon Plaintiff, and will also file a

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

4

44768\16668880.2

DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles.

Dated:  February 20, 2024

FARELLA BRAUN + MARTEL LLP

By: _____
Jamie E.S. Talt

Attorneys for Defendants AMAZON.COM SERVICES, INC. and AMAZON.COM SERVICES LLC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

5

44768\16668880.2

DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)